## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUHAMMAD AHMAD ABDALLAH AL-ANSI, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| | : | |
| BARACK H. OBAMA, *et al.*, | : | |
| | : | |
| Respondents. | : | |

### ORDER

Upon consideration of Respondents' Motion to Amend the Court's Scheduling Order, the Petitioner's Opposition, and the Respondents' Reply, it is this 7th day of December, 2010, hereby

**ORDERED**, that the Respondents' Motion to Amend the Court's Scheduling Order is **granted in part**; and it is further

**ORDERED**, that Respondents shall have up to and including **December 10, 2010**, to certify compliance with their exculpatory production requirements; and it is further

**ORDERED**, that Respondents shall submit additional inculpatory material they intend to use in their motion for judgment on the record and at the merits hearing by **December 22, 2010**; and it is further

**ORDERED**, that Respondents shall file their Motion for Judgment on the Record on or before **January 7, 2010;** and it is further

**ORDERED**, that the parties shall have a telephonic status conference call on **December 9, 2010 at 4:00 p.m.**

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**